UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 1 - 2018 ★

BROOKLYN OFFICE

**Rachel Wiesenfeld** individually
and all other similarly situated consumers,

Plaintiff,

v.

CCAB Management LLC,

Defendant.

_____/

**STIPULATION OF DISMISSAL**

Case No. 1:16-cv-00934-SJ-RLM

### JOINT STIPULATION FOR VOLUNTARY DISMISSAL

COMES now plaintiff, and defendant, by and through their undersigned counsel,

in the above-titled action and request entry of a Final Order of Dismissal with Prejudice

in this matter, each party to bear its own costs and fees, and without prejudice as to the

rights of any putative class members, if any.

Dated this __ day of September 2016.

/s/ David Palace_____
David Palace, Esq.
Law Offices of David Palace
383 Kingston Avenue, #113
Brooklyn, NY  11213
Phone: (347) 651-1077
Fax: (347) 464-0012
Email: davidpalaceesq@gmail.com

Attorney for Plaintiff

___/s/John Clark_____
John Clark, Esq
Marc J. Bern & Partners,LLP
60 E 42nd street, suite 950
New York, NY 10165
212-702-5000
JClark@bernllp.com
Attorneys for Defendant

SO ORDERED
on this __27__ day of __April__ 20_18_

7s/(SJ)

STERLING JOHNSON, JR., SENIOR U.S.D.J.